1  PHILLIP A. TALBERT
   United States Attorney
2  CAMERON L. DESMOND
   Assistant United States Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA 95814
4  Telephone: (916) 554-2700
   Facsimile: (916) 554-2900
5

6  Attorneys for Plaintiff
   United States of America
7

FILED
Jul 14, 2022
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

**SEALED**

8              IN THE UNITED STATES DISTRICT COURT

9                 EASTERN DISTRICT OF CALIFORNIA

10

11 United States of America,                CASE NO. 2:22-mj-109-AC

12 v.                                        SEALING ORDER

13                                           **UNDER SEAL**

14 JUAN PICASO

15

16

17                          **S E A L I N G   O R D E R**

18   Upon Application of the United States of America and good cause having been shown,

19   IT IS HEREBY ORDERED that the file in the above-captioned matter be, and is hereby ordered,

20 SEALED until further order of this Court.

21
   Dated:  July 14, 2022
22
                                              ALLISON CLAIRE
23                                            UNITED STATES MAGISTRATE JUDGE

24

25

26

27

28

SEALING ORDER