PHILLIP A. TALBERT
United States Attorney
CAMERON L. DESMOND
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                              Plaintiff,<br><br>                    v.<br><br>JUAN PICASO,<br><br>                              Defendant. | CASE NO.  2:22-CR-00162-JAM<br><br>**STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; FINDINGS AND ORDER**<br><br>DATE: March 28, 2023<br>TIME: 9:30 a.m.<br>COURT: Hon. John A. Mendez |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1.      By previous order, this matter was set for status on March 28, 2023.

2.      By this stipulation, defendant now moves to continue the status conference until **May 16, 2023**, **at 09:00 a.m.**, and to exclude time between March 28, 2023, and May 16, 2023, under Local Code T4.

3.      The parties agree and stipulate, and request that the Court find the following:

        a)      The government has represented that the discovery associated with this case includes multiple reports, dozens of Spanish recordings, and photographs.  The government produced initial discovery on September 30, 2022, and after obtaining a protective order, produced the Spanish recordings on October 19, 2022.

1    ///

2                 b)      Counsel for defendant has a state trial beginning the week of March 27, 2023.

3                 c)      Counsel for defendant desires additional time to review the discovery, meet with

4    his client, conduct independent factual investigation, conduct legal research into trial and

5    sentencing issues, and otherwise prepare for trial.

6                 d)      Counsel for defendant believes that failure to grant the above-requested

7    continuance would deny him the reasonable time necessary for effective preparation, taking into

8    account the exercise of due diligence.

9                 e)      The government does not object to the continuance.

10                 f)      Based on the above-stated findings, the ends of justice served by continuing the

11   case as requested outweigh the interest of the public and the defendant in a trial within the

12   original date prescribed by the Speedy Trial Act.

13                 g)      For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161,

14   et seq., within which trial must commence, the time period of March 28, 2023 to May 16, 2023,

15   inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4]

16   because it results from a continuance granted by the Court at defendant's request on the basis of

17   the Court's finding that the ends of justice served by taking such action outweigh the best interest

18   of the public and the defendant in a speedy trial.

19   ///

20   ///

21   ///

22   ///

23   ///

24   ///

25   ///

26   ///

27   ///

28   ///

STIPULATION REGARDING EXCLUDABLE TIME                    2
PERIODS UNDER SPEEDY TRIAL ACT

/ / /

4.      Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.


Dated:  March 21, 2023                                        PHILLIP A. TALBERT
                                                             United States Attorney


                                                             /s/ CAMERON L. DESMOND
                                                             CAMERON L. DESMOND
                                                             Assistant United States Attorney


Dated:  March 21, 2023                                       /s/ Timote Tuitavuki
                                                             Timote Tuitavuki
                                                             Counsel for Defendant
                                                             JUAN PICASO

## FINDINGS AND ORDER

IT IS SO FOUND AND ORDERED.


Dated: March 23, 2023                           /s/ John A. Mendez
                                                THE HONORABLE JOHN A. MENDEZ
                                                SENIOR UNITED STATES DISTRICT JUDGE