PHILLIP A. TALBERT
United States Attorney
EMILY G. SAUVAGEAU
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone:  (916) 554-2700
Facsimile:  (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                              Plaintiff,<br><br>                    v.<br><br>JUAN PICASO,<br><br>                              Defendant. | CASE NO.  2:22-cr-00162-JAM<br><br>**STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; FINDINGS AND ORDER**<br><br>DATE: June 27, 2023<br>TIME: 9:30 a.m.<br>COURT: Hon. John A. Mendez |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1.      By previous order, this matter was set for status on June 27, 2023.

2.      By this stipulation, defendant now moves to continue the status conference until **August 1, 2023**, **at 09:00 a.m**., and to exclude time between June 27, 2023, and August 1, 2023, under Local Code T4.

3.      The parties agree and stipulate, and request that the Court find the following:

a)      The government has represented that the discovery associated with this case includes multiple reports, dozens of Spanish recordings, and photographs.  The government produced initial discovery on September 30, 2022, and after obtaining a protective order, produced the Spanish recordings on October 19, 2022.

/ / /

b)      Counsel for defendant desires additional time to review discovery, meet with his client, conduct independent factual investigation, and otherwise prepare for trial.

c)      Counsel for defendant believes that failure to grant the above-requested continuance would deny him the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

d)      The government does not object to the continuance.

e)      Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

f)      For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of June 27, 2023 to August 1, 2023, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

4.      Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated:  June 23, 2023                                         PHILLIP A. TALBERT
                                                             United States Attorney


                                                             /s/ EMILY G. SAUVAGEAU
                                                             EMILY G. SAUVAGEAU
                                                             Assistant United States Attorney


Dated:  June 23, 2023                                         /s/ Timote Tuitavuki
                                                             Timote Tuitavuki
                                                             Counsel for Defendant
                                                             JUAN PICASO

1

2

**FINDINGS AND ORDER**

3

IT IS SO FOUND AND ORDERED.

4

5

Dated: June 23, 2023

/s/ John A. Mendez

6

THE HONORABLE JOHN A. MENDEZ

SENIOR UNITED STATES DISTRICT JUDGE

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28