MICHELE BECKWITH
Acting United States Attorney
EMILY G. SAUVAGEAU
CAMERON L. DESMOND
Assistant United States Attorneys
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>     v.<br><br>JUAN PICASO,<br><br>                Defendant. | CASE NO. 2:22-cr-00162-JAM<br><br>**STIPULATION AND ORDER TO CONITNUE JUDGMENT AND SENTENCING**<br><br>DATE: March 25, 2025<br>TIME: 9:00 a.m.<br>COURT: Hon. John A. Mendez |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for judgment and sentencing on March 25, 2025.

2. By this stipulation, the parties now move to continue the judgment and sentencing until **May 06, 2025, at 09:00 a.m.**

3. The parties agree and stipulate, and request that the Court find the following:

    a)    The final Presentence Investigation Report has been published.

    b)    There are no formal objections.

    c)    Assigned government counsel is unavailable on March 25, 2025; and due to the nature of this case, the parties jointly request to continue the judgment and sentencing to the next date all counsel are available, which is May 6, 2025.

   d) The parties' respective sentencing memoranda will be filed by April 29, 2025.

   e) The parties have conferred with the assigned probation officer, who does not oppose this request.

 4. Therefore, the parties respectfully request the Court make the above findings and order the judgment and sentencing to take place on May 6, 2025.

IT IS SO STIPULATED.

Dated: March 18, 2025        MICHELE BECKWITH
                Acting United States Attorney

                /s/ EMILY G. SAUVAGEAU
                EMILY G. SAUVAGEAU
                Assistant United States Attorney

Dated: March 18, 2025        /s/ TIMOTE F. TUITAVUKI
                TIMOTE F. TUITAVUKI
                Counsel for Defendant
                JUAN PICASO

## ORDER

IT IS SO ORDERED.

Dated: March 18, 2025        /s/ John A. Mendez
                THE HONORABLE JOHN A. MENDEZ
                SENIOR UNITED STATES DISTRICT JUDGE