MICHELE BECKWITH
Acting United States Attorney
EMILY G. SAUVAGEAU
CAMERON L. DESMOND
Assistant United States Attorneys
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JUAN PICASO,<br><br>Defendant. | CASE NO. 2:22-cr-00162-JAM<br><br>**NINTH STIPULATION AND ORDER TO CONTINUE JUDGMENT AND SENTENCING**<br><br>DATE: May 6, 2025<br>TIME: 9:00 a.m.<br>COURT: Hon. John A. Mendez |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for judgment and sentencing on May 6, 2025. ECF No. 50. The Court is no longer available on May 6, 2025, and the Court reset this case for judgment and sentencing on May 13, 2025. ECF No. 56.

2. By this stipulation, the parties now move to continue the judgment and sentencing until May 6, 2025.

3. The parties agree and stipulate, and request that the Court find the following:

    a) The final Presentence Investigation Report has been published.

    b) There are no formal objections.

    c) Defense counsel is unavailable on May 13, 2025 due to previously scheduled

obligations in state court.

    d)  The government does not oppose this requested continuance.

    e)  Defense counsel and the government are available on June 3, 2025.

    f)  The parties have conferred with the assigned probation officer, who does not oppose this request.

  4.  Therefore, the parties respectfully request the Court make the above findings and order the **judgment and sentencing** to take place on **June 03, 2025, at 09:00 a.m.**

  IT IS SO STIPULATED.

Dated: May 6, 2025

MICHELE BECKWITH
Acting United States Attorney

/s/ EMILY G. SAUVAGEAU
EMILY G. SAUVAGEAU
Assistant United States Attorney

Dated: May 6, 2025

/s/ TIMOTE F. TUITAVUKI
TIMOTE F. TUITAVUKI
Counsel for Defendant
JUAN PICASO

**ORDER**

  IT IS SO ORDERED.

Dated: May 07, 2025

/s/ John A. Mendez
THE HONORABLE JOHN A. MENDEZ
SENIOR UNITED STATES DISTRICT JUDGE