TIMOTE FAKAOFO TUITAVUKI CASBN212886
LAW OFFICE OF TIM F. TUITAVUKI
215 N. SAN JOAQUIN STREET
STOCKTON, CA 95202
TEL. (209)476-1590
FAX. (209)476-1549

Attorney for Defendant
Juan Picaso

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) CASE NO. 22-cr-00162-JAM |
|---|---|
| Plaintiff, | ) |
| v. | ) **ORDER SEALING DOCUMENTS AS SET FORTH IN DEFENSE NOTICE** |
| JUAN PICASO, | ) |
| Defendants. | ) |

   Pursuant to Local Rule 141(b) and based upon the representation contained in the defendant's Request to Seal, IT IS HEREBY ORDERED that the three page sentencing memorandum pertaining to defendant Juan Picaso and the defense' Request to Seal shall be **SEALED** until further order of this Court. It is further ordered that access to the sealed documents shall be limited to the defense and the AUSA for the government. The Court has considered the factors set forth in *Oregonian Publishing Co. v. U.S. District Court for the District of Oregon,* 920 F.2d 1462 (9th Cir. 1990). The Court finds that, for the reasons stated in the defense's request, sealing the defense's motion serves a compelling interest. The Court further finds that, in the absence of closure, the compelling interests identified by the defense

would be harmed.  In light of the public filing of its request to seal, the Court further finds that there are no additional alternatives to sealing the defense's motion that would adequately protect the compelling interests identified by the defense.

Dated:  May 28, 2025

/s/ John A. Mendez
THE HONORABLE JOHN A. MENDEZ
SENIOR UNITED STATES DISTRICT JUDGE